# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, successor in interest to National City Bank,<br>Plaintiff,<br><br>vs.<br><br>Denise Wilbur; MD Properties & Investments, LLC; The Northwestern Mutual Life Insurance Company; Clarke Wilbur; Ann Wilbur; Macon Construction Group, Inc.<br><br>Defendant. | Case No. 1:14-cv-09278<br><br>Honorable John Robert Blakey |

## STIPULATION TO DISMISS

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff, PNC Bank, NA, successor to National City Bank, hereby stipulates to the dismissal of all claims asserted in this action against Defendants Denise Wilbur; MD Properties & Investments, LLC; Clarke Wilbur; Ann Wilbur; Macon Construction Group, Inc. Each party will bear its, his, or her own costs and attorneys' fees.

Dated this 5th day of January, 2016

Respectfully submitted,

PNC Bank, NA, successor to National City Bank,

By: /s/ Matthew L. Hendricksen
One of its Attorneys

James M. Crowley (ARDC #6182597)
Matthew L. Hendricksen (ARDC #6296720)
Crowley & Lamb, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, IL 60601
Phone: (312) 670-6900